Clara Cowan, appellee, v. Yellow Cab Company, appellant. Gen. No. 29,322.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed December 1, 1924. Rehearing denied December 15, 1924.

Benjamin Samuels, John E. Kehoe and Busby, Weber, Miller &

Donovan, for appellant. Morse Ives, H. H. Patterson and Charles C. Bodenstab, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.